# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**MARIANNE R. PALMA,**  )
)
      Plaintiff,  )
)
vs.  )  **2:06cv910**
)  **Electronic Filing**
)
**JOANNE B. BARNHART,** The Commissioner  )  **Judge Cercone**
of Social Security,  )  **Magistrate Judge Mitchell**
)
)
      Defendant.  )

## MEMORANDUM ORDER

AND NOW, this **23** day of February, 2007, after the plaintiff, Marianne R. Palma, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for a period of disability or for disability insurance benefits and supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy tofile written objections thereto, and noobjections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 13), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that defendant's Motion for Summary Judgment (Document No. 11) is GRANTED and plaintiff's Motion for Summary Judgment (Document No. 9) is DENIED.   The decision of the Social Security Commissioner is affirmed.

_____
David Stewart Cercone
United States District Judge

cc:    Honorable Robert C. Mitchell
United States Magistrate Judge

John G. Burt, Esquire
401 Wood Street
Suite 810, Arrott Building
Pittsburgh, PA 15222

Lee Karl, AUSA
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219